BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
DAVID G. ROBINS, IDAHO STATE BAR NO. 8494
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE:  (208) 334-1413

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CRYSTAL A. LEA,<br><br>Defendant. | Case No. 1:18-CR-050-BLW<br><br>**GOVERNMENT'S MOTION TO DISMISS INDICTMENT** |

    The United States of America, by and through Bart M. Davis, United States Attorney, and the undersigned Assistant United States Attorney for the District of Idaho, pursuant to Federal Rule of Criminal Procedure 48(a), moves the Court for an Order dismissing the indictment (Docket No. 01) with prejudice.  The Government believes that under Federal Rule of Criminal Procedure 11(c)(1)(A) there is a fair and just reason for the indictment to be dismissed.  The defendant entered an agreement with the Government where the Defendant had the opportunity to complete a post-plea diversion program.  Upon successful completion of that program, the Government agreed to dismiss the case.  On September 24, 2018, the assigned U.S.

GOVERNMENT'S MOTION TO DISMISS INDICTMENT - 1

Probation Officer provided documentation that the Defendant successfully completed the diversion program.  Therefore, the Government requests this Court enter an order dismissing the indictment with prejudice.

     Respectfully submitted this 26th day of September, 2019.

                         BART M. DAVIS
                         UNITED STATES ATTORNEY
                         By:

                         */s/ David G. Robins*
                         DAVID G. ROBINS
                         Assistant United States Attorney

GOVERNMENT'S MOTION TO DISMISS INDICTMENT - 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 26, 2019, the foregoing **GOVERNMENT'S MOTION TO DISMISS INDICTMENT** was electronically filed with the Clerk of the Court using the CM/ECF system, and that a copy was served on the following parties or counsel by:

| | |
|---|---|
| Samuel Richard Rubin<br>Assistant Federal Defender<br>Federal Defender Services of Idaho<br>702 West Idaho, Suite 1000<br>Boise, ID 83702 | ☐ United States Mail, postage prepaid<br>☐ Fax<br>☒ ECF filing<br>☐ Email |
| Joel Osborne<br>U.S. Probation Officer<br>U.S. Probation, District of Idaho<br>Joel_osborne@idp.uscourts.gov<br>(208) 334-9961 | ☐ United States Mail, postage prepaid<br>☐ Fax<br>☐ ECF filing<br>☒ Email |

         */s/ Brandi Fifer*

         _____
         Legal Assistant